UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS



John A. Olagues, Pro Se
A shareholder of
Plains All American Pipeline Inc.
423 Sauve Rd, River ridge LA. 70123
504-305-4071, olagues@gmail.com0

        Plaintiff          Private Right of Action
                         Under Section 16 b of the
                         Securities Act of 1934
                         CIVIL ACTION NO.17 CV 2431

        Versus

Greg Armstrong Chairman and CEO of
Plains All American Pipeline Inc. and
Plains All American Pipeline Inc.

        Defendants

## Request for Judicial Notice

Plaintiff John A. Olagues requests that this court take Judicial Notice of the Attached Documents. These are copies of the SEC Form 4s that indicate the relevant information about when the purchases and sales were executed.

Respectfully Submitted ;

John Olagues

Home | Archives | Products | About | Contact | FAQ |     Welcome! Sign Out | My Account

# Sec Form 4

| | | | |
|---|---|---|---|
| Form 4 Filings | Insider Buys | Significant Buys | Penny Stocks Insider Buying | Insider Sales |
| Insider Buy Sell Ratios | Stock Options | Insider Trading Stock Screener | Insider Trading Graph View | Insider Watch |

## Sec Filings Insider Trading - Armstrong Greg L

Select Time period: [3 Years] [Go!]   G google   Y yahoo!

Send this page to: Blog  Digg  Reddit  Facebook  Stumble  del.icio.us

Enter Stock Ticker Symbol or Cik: [_____] [Search!]   Cik Lookup...

Search By Company or Insider Name: [_____] [Search!] Powered by Google

"Insiders might sell their shares for any number of reasons, but they buy them for only one: they think the price will rise".
- Peter Lynch ==>> What is insider trading>>

Email a friend >>...

Insider Trading - Armstrong Greg L
(c) http://www.secform4.com/

[Chart: Vertical in logarithmic scale; Chart based on reported date]
Jul13 — Feb14 — Sep14 — Apr15 — Nov15 — Jul. 06, 16
Total buys: $12,849,999, total sales: $312,583, net total: $12,537,416

### Common stock purchase or sale:

| Transaction Date | Reported Date | Company | Symbol | Insider Relationship | Shares Traded | Average Price | Total Amount | Shares Owned | Filing |
|---|---|---|---|---|---|---|---|---|---|
| 2016-02-11 Purchase | 2016-02-11 5:47 pm | Plains All American Pipeline Lp | PAA | Armstrong Greg L Chairman of the Board & CEO Director | 50,000 | $15.65 | $782,385 | 1,475,416 (Direct) | View |
| 2016-02-10 Purchase | 2016-02-10 7:42 pm | Plains All American Pipeline Lp | PAA | Armstrong Greg L Chairman of the Board & CEO Director | 158,066 | $16.06 | $2,538,777 | 1,425,416 (Direct) | View |
| 2016-02-10 Purchase | 2016-02-10 7:42 pm | Plains Gp Holdings Lp | PAGP | Armstrong Greg L Chairman of the Board & CEO Director | 1,000,000 | $5.864 | $5,863,700 | 1,200,000 (Direct) | View |
| 2015-11-19 Purchase | 2015-11-19 5:14 pm | Plains Gp Holdings Lp | PAGP | Armstrong Greg L Chairman of the Board & CEO Director | 100,000 | $11.09 | $1,108,640 | 200,000 (Direct) | View |
| 2015-08-05 Purchase | 2015-08-10 5:55 pm | Plains All American Pipeline Lp | PAA | Armstrong Greg L Chairman of the Board & CEO Director | 20,000 | $36.46 | $729,264 | 1,267,350 (Direct) | View |
| 2015-08-10 Purchase | 2015-08-10 5:55 pm | Plains Gp Holdings Lp | PAGP | Armstrong Greg L Chairman of the Board & CEO Director | 100,000 | $18.27 | $1,827,230 | 100,000 (Direct) | View |
| 2015-04-30 Sale | 2015-04-30 5:54 pm | National Oilwell Varco Inc | NOV | Armstrong Greg L Director | 5,736 | $54.49 | $312,583 | 41,257 (Direct) | View |

### Stock options: Exercise, Award, Grant, Conversion

| Transaction Date | Reported Date | Exercisable Expiration | Company | Symbol | Insider Relationship | Shares Traded | Conversion Price | Shares Owned | Filing |
|---|---|---|---|---|---|---|---|---|---|
| 2016-05-18 Option Award | 2016-05-19 5:08 pm | N/A N/A | National Oilwell Varco Inc | NOV | Armstrong Greg L Director | 5,565 | $0 | 44,460 (Direct) | View |
| 2015-08-05 Gift | 2015-08-10 5:55 pm | N/A N/A | Plains All American Pipeline Lp | PAA | Armstrong Greg L Chairman of the Board & CEO Director | 20,000 | $0 | 1,267,350 (Direct) | View |
| 2015-05-15 Exercise | 2015-05-19 11:43 am | N/A N/A | Plains All American Pipeline Lp | PAA | Armstrong Greg L Chairman of the Board & CEO Director | 120,000 | $0 | 1,317,690 (Direct) | View |
| 2015-05-15 Tax Withholding | 2015-05-19 11:43 am | N/A N/A | Plains All American Pipeline Lp | PAA | Armstrong Greg L Chairman of the Board & CEO Director | 50,340 | $48.49 | 1,317,690 (Direct) | View |
| 2015-05-15 Exercise | 2015-05-19 11:43 am | 2015-05-15 N/A | Plains All American Pipeline Lp | PAA | Armstrong Greg L Chairman of the Board & CEO Director | 120,000 | $0 | 1,317,690 (Direct) | View |
| 2015-05-13 Option Award | 2015-05-14 2:06 pm | N/A N/A | National Oilwell Varco Inc | NOV | Armstrong Greg L Director | 3,374 | $0 | 38,895 (Direct) | View |
| 2015-04-30 Exercise | 2015-04-30 5:54 pm | N/A N/A | National Oilwell Varco Inc | NOV | Armstrong Greg L Director | 16,268 | $19.19 | 41,257 (Direct) | View |
| 2015-04-30 Exercise | 2015-04-30 5:54 pm | N/A 2015-05-19 | National Oilwell Varco Inc | NOV | Armstrong Greg L Director | 16,268 | $19.19 | 41,257 (Direct) | View |
| 2014-05-15 Exercise | 2014-05-19 6:17 pm | 2014-05-15 N/A | Plains All American Pipeline Lp | PAA | Armstrong Greg L Chairman of the Board & CEO Director | 120,000 | $0 | 1,248,030 (Direct) | View |
| 2014-05-15 Tax Withholding | 2014-05-19 6:17 pm | N/A N/A | Plains All American Pipeline Lp | PAA | Armstrong Greg L Chairman of the Board & CEO Director | 50,340 | $56.93 | 1,248,030 (Direct) | View |
| 2014-05-15 Exercise | 2014-05-19 6:17 pm | N/A N/A | Plains All American Pipeline Lp | PAA | Armstrong Greg L Chairman of the Board & CEO Director | 120,000 | $0 | 1,248,030 (Direct) | View |
| 2014-05-14 Option Award | 2014-05-15 4:59 pm | N/A N/A | National Oilwell Varco Inc | NOV | Armstrong Greg L Director | 2,160 | $0 | 24,600 (Direct) | View |
| 2013-12-31 Option Award | 2014-01-02 2:16 pm | N/A N/A | Plains All American Pipeline Lp | PAA | Armstrong Greg L Chairman of the Board & CEO Director | 72,090 | $0 | 1,128,030 (Direct) | View |
| 2013-12-31 | 2014-01-02 | N/A | | | Armstrong Greg L | | | | |

SEC Form 4

**FORM 4**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL |
| --- |
| OMB Number: 3235-0287 |
| Estimated average burden hours per response: 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

**1. Name and Address of Reporting Person**
ARMSTRONG GREG L
(Last) (First) (Middle)
333 CLAY STREET, # 1600
(Street)
HOUSTON   TX   77002
(City) (State) (Zip)

**2. Issuer Name and Ticker or Trading Symbol**
PLAINS ALL AMERICAN PIPELINE LP [ PAA ]

**3. Date of Earliest Transaction (Month/Day/Year)**
08/05/2015

**4. If Amendment, Date of Original Filed (Month/Day/Year)**

**5. Relationship of Reporting Person(s) to Issuer** (Check all applicable)
X Director      ☐ 10% Owner
X Officer (give title below)      ☐ Other (specify below)
Chairman of the Board & CEO

**6. Individual or Joint/Group Filing** (Check Applicable Line)
X Form filed by One Reporting Person
☐ Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Units | 08/05/2015 | | G | V | 20,000 | D | $0[1] | 1,247,350 | D | |
| Common Units | 08/10/2015 | | P | | 20,000 | A | $36.4632[2] | 1,267,350 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. This transaction involved a gift of securities by the reporting person for no consideration.
2. The price in column 4 is a weighted average price. The units were purchased in multiple transactions at prices ranging from $36.02 to $36.97. Reporting Person undertakes to provide to the SEC staff, the Issuer or any unitholder of the Issuer, upon request, full information regarding the number of units purchased at each separate price.

**Remarks:**

/s/ Greg L. Armstrong          08/10/2015
** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.
Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC Form 4

| FORM 4 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br>Washington, D.C. 20549 | OMB APPROVAL |
|---|---|---|
| | | OMB Number: 3235-0287 |
| Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b). | STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP<br>Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934<br>or Section 30(h) of the Investment Company Act of 1940 | Estimated average burden hours per response: 0.5 |

| 1. Name and Address of Reporting Person*<br>Herbold Chris | 2. Issuer Name and Ticker or Trading Symbol<br>PLAINS ALL AMERICAN PIPELINE LP [ PAA ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable)<br>Director ___ 10% Owner ___<br>X Officer (give title below) ___ Other (specify below) ___<br>VP-Acctg & Chief Acctg Officer |
|---|---|---|
| (Last) (First) (Middle)<br>333 CLAY STREET, SUITE 1600 | 3. Date of Earliest Transaction (Month/Day/Year)<br>05/15/2015 | |
| (Street)<br>HOUSTON TX 77002 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>X Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Units | 05/15/2015 | | M | | 6,667 | A | $0 | 30,723 | D | |
| Common Units | 05/15/2015 | | F | | 1,823 | D | $48.49 | 28,900 | D | |
| Common Units | 05/15/2015 | | M | | 12,000 | A | $0 | 40,900 | D | |
| Common Units | 05/15/2015 | | F | | 4,149 | D | $48.49 | 36,751 | D | |
| Common Units | 05/19/2015 | | S | | 12,695 | D | $49.5097(1) | 24,056 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Phantom Units | (2) | 05/15/2015 | | M | | | 6,667 | 05/15/2015 | (3) | Common Units | 6,667 | $0 | 0 | D | |
| Phantom Units | (2) | 05/15/2015 | | M | | | 12,000 | 05/15/2015 | (3) | Common Units | 12,000 | $0 | 0 | D | |

Explanation of Responses:

1. The price in column 4 is a weighted average price. The units were sold in multiple transactions at prices ranging from $49.50 to $49.5525. Reporting Person undertakes to provide to the SEC staff, the Issuer or any unitholder of the Issuer, upon request, full information regarding the number of units sold at each separate price.
2. 1-for-1 Common Units for Phantom Units granted under long-term incentive plan.
3. N/A

**Remarks:**

/s/ Chris Herbold    05/19/2015
** Signature of Reporting Person    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.
Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.