# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

20171205-63

John A Olagues
423 Sauve Rd
River Ridge, LA US 70123

United States Courts
Southern District of Texas
FILED

DEC 1 3 2017

David J. Bradley, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Tuesday, December 5, 2017
Case Number: 4:17-cv-02431
Document Number: 6 (1 page)
Notice Number: 20171205-63
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

U.S. POSTAGE PITNEY BOWES
ZIP 77002 $ 000.46⁰
02 1W
0001374615 DEC. 05. 2017

United States Courts
Southern District of Texas
FILED

DEC 13 2017

David J. Bradley, Clerk of Court

NIXIE 708 FE 1 0012/11/17
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 77208101010 *1365-08227-05-41

UTF
77208>1010