UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

DEC 26 2017

David J. Bradley, Clerk of Court

John A. Olagues, Pro Se
A shareholder of
Plains All American Pipeline Inc.
423 Sauve Rd, River ridge LA. 70123
504-305-4071, olagues@gmail.com0

Plaintiff

Private Right of Action
Under Section 16 b of the
Securities Act of 1934
CIVIL ACTION NO. 17 CV 2431

Versus

Greg Armstrong Chairman and CEO of
Plains All American Pipeline Inc. and
Plains All American Pipeline Inc.

Defendants

**Affidavit of Service on Greg Armstrong Attached**

Respectfully Submitted

John Olagues

COURT: _____    RUSH SERVIC
SOUTHERN DIST County, TX

# CASE #: 17 CV 2431

JOHN A. OLAGUES

*Plaintiff*
vs
GREG ARMSTRONG CHAIRMAN AND CEO OF PLAINS ALL AMERICAN PIPELINE INC. AND PLAINS ALL AMERICAN PIPELINE INC.

*Defendant*

## AFFIDAVIT OF SERVICE

I, **GABRIEL L RODRIGUEZ**, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit. That I received the documents stated below on 12/08/17 2:01 pm, instructing for same to be delivered upon Armstrong, Greg.

| | |
|---|---|
| That I delivered to | : Armstrong, Greg. |
| the following | : SUMMONS; COMPLAINT, JURY TRIAL DEMANDED |
| at this address | : 333 Clay Street, Suite 1600<br>HOUSTON, Harris County, TX 77002 |
| Manner of Delivery | : By PERSONALLY delivering the document(s) to the person above. |
| Delivered on | : Monday DEC 11, 2017 11:11 am |

My name is GABRIEL L RODRIGUEZ, my date of birth is FEB 24th, 1974, and my address is Professional Civil Process Houston, 2626 South Loop West Ste 610, Houston TX 77054, and U.S.A. I declare under penalty of perjury that the foregoing is true and correct.

Executed in _HARRIS_ County, State of Texas, on the _11_ day of _December_, 20_17_.

GABRIEL L RODRIGUEZ    Declarant
2531

Texas Certification#: PSC-12665 Exp. 05/31/2020

PCP Inv#: H17C00198
SO  Inv#: A17C01807

+ Service Fee:  90.00
  Witness Fee:    .00
  Mileage Fee:    .00

AX02A17C01807
tomcat                                    Olagues, John

RETURN TO CLIENT